1.

MOTION TO SUBMIT
PROFESSIONAL LIABILITY

CIVIL ACTION - JURY TRIAL REQUESTED
DATE: DECEMBER, 17th 2020.
TO THE HONORABLE Judge of the
EASTERN PENNSYLVANIA DISTRICT COURT.

HOLLIDAY, MICHAEL vs. PrimeCare Medical
(michael JAMES HOLLIDAY) : Dr Kenneth Wlocheski
BCS# 2008 0808 : Nurse Leona
~~Katkowski~~

TO the Honorable Judge of said court:

At sometime on September of 2019 I was given a 100 mg dose of Anthony Limeweaver's Methadone dose. When I was only on 16 mg of Methadone at this time. This dose was administered by a "Nurse Leona", who works for Prime Care Medical, under the charge of Dr. Kenneth Wlocheski.

This large amount of Methadone caused me to have an over dose, which in turn caused me to suffer a mild stroke, or what appeared to be stroke like symptoms. Mr. Katkowski was working the medical department at this time

2

where I was being held under a 24H observation. due to Nurse Leonas' negligence, in give me Mr Anthony' lineweavers methadone dose. After experiencing what I believe a seizure or a stroke, and upon recovering my consciousness I immediately alerted C/O Katkowski of the symptoms in which I just experienced, at which point he called me "a dickhead and a liar." at this point I ask him if he was a medical professional he replied that "I am a doctor". At which he proceded to walk away.

After this episode I noticed, immediately, that something was wrong. I was experiancing slurred speech an awkward gate. and the left side of my face, my lip felt a numbing sensation and a sagging. these symptoms I continue to experiance to this day.

Around this time I submitted multiple inmate grievance forms one of which the Medical Department admitted that "Nurse Leona" gave me someone elses methadone.

and amount which could have proven fatal. To this day, I suffer from memory loss, trouble forming sentences an akward Gatt.

Not only did they not repremand "Nurse Leona," they continued to allow her to administer me my methadon dose knowing that she was this accident prone, and she wound up giving me, another inmate, Antone Scott's, methadone dose, this second incident was covered up by the Medical Staff.

I also submitted a grievence regarding the actions of officer Katkowski, in which I recieved a response claiming to have "retrained" Katkowski.

I have submitted numerous sick calls, grievences and communication forms complaining about Stroke like symptoms, which have went mostly ignored. I have yet to recieve either an MRI or a Cat scan to determine the extent of my injuries

On December 11th 2020, after requesting a copy of my greviences from the period of September and october 2019, I recieved response from

4

from the head counselor J. ~~Col~~ Collins, claiming "We do not provide copies of grievances." Which I believe is a violation of my Rights. THIS IS DOCUMENTATION I REQUIRE TO PROVE NEGLIGENCE ON BEHALF OF THE MEDICAL STAFF AT PRIME CARE MEDICAL.

MY GROUNDS FOR THIS CLAIM ARE AS FOLLOWS;

"NURSE LEONA" WAS NEGLIGENT IN HER DUTIES BY ADMINISTERING ANOTHER INMATES DOSE ~~DOES~~ WHICH CAUSED ME TO SUFFER COMPLICATIONS THAT CONTINUE AND HAVE NOT BEEN PROPERLY ADDRESSED. SHE IS EMPLOYED BY PRIME CARE MEDICAL, AND UNDER THE SUPERVISION OF DR. WLOCHESKI, WHO HAS THE FINAL SAY IN ALL MEDICAL OPERATIONS THAT ARE HANDLED WITHIN THE CONFINES OF BERKS COUNTY JAIL SYSTEM. BERKS COUNTY, PA BOTH PARTIES BEING EMPLOYED BY PRIME CARE MEDICAL.

Claimant: Michael Holliday

# PROFESSIONAL LIABILITY CIVIL ACTION COMPLAINT

DEFENDENTS:

1. Dr. Kenneth Wloceski:
Is a licensed professional with offices in Berks County, Pennsylvania

Plaintiff, Michael Holliday, is asserting a professional liability claim against this defendant.

2. Nurse Leona:
Plaintiff Michael Holliday is asserting a professional liability claim against this defendant
She is a licensed professional under the supervision of Dr. Kenneth Wloceski, both are employed by Prime Care Medical working from offices in Berks County Pennsylvania.

3. ~~Being prime care medical~~

6

3. Prime Care Medical:
   a corporation or similar entity where the entity is responsible for a licensed professional who deviates from a acceptable professional standard with offices located throughout the State of Pennsylvania, but headquartered at 3940 locust ave Harrisburg, Pa. 17109
   Dr. Wloceski + Nurse leona are both employed by Prime Care Medical

Respectfully; Michael J Halliday

7

# CERTIFICATE OF MERIT

Michael J. Holliday Vs Prime Care Medical
BCJ # 2008-0808           Dr. Kenneth Wloceski
                                Nurse Leona

Certificate of Merit as to
Prime Care Medical - Nurse Leona
                Dr. Wloceski

I Michael Holliday certify that the that this defendant deviated from an aceeptable professional is based solely on allegation that the other licensed professionals for whom this defendant is responsible deviated from an aceeptable professional standard and an appropriate licensed professional has supplied a written statement to the under-signed that there is a basis to conclude that the care, skill or knowledge exercised or exhibited by the other licensed professional in the treatment practice or work that is the subject of the complaint fell outside the acceptable professional standard and that such conduct was a cause in bringing about the harm.

DATE: December 29th 2020
Plantiff - Michael J. Holleday, Michael Holly

8

# CERTIFICATE OF MERIT (CONTINUED)

MICHEL J. HOLLIDAY VS DR KENNETH WLOCESKI
BCJS # 2008-0808            NURSE LEONA
                            PRIME CARE MEDICAL

PAGE TWO OF CERTIFICATE OF MERIT

I, MICHEAL HOLLIDAY PLAINTIFF IN THE ABOVE CASE AM HEREBY SUBITTING THE FOLLOWING GRIEVANCES ALONG WITH THEIR RESPONSES, AS MY CERTIFICATE OF MERIT. ME BEING AN INMATE HELD IN BERKS COUNTY JAIL AND WITH LIMITED RESOURCES AND UNABLE TO BE SEEN BY OUTSIDE PROVIDERS WITHOUT THE APPROVAL OF THE DEFENDANTS IN THIS CASE. I HOPE THIS IS ENOUGH TO MEET THIS REQUIREMENT.

1. GRIEVANCE #1153-19 PAGE #1 A "MITZI L. MONTZ RN BSN HSA" ACKNOWLEDGES "THE MEDICATION ERROR" NAMELY THE 100 MGS OF ANTHONY LINEWEAVER'S METHADONE DOSE WHICH CAUSED ME TO OVERDOSE AND TO EXPERIANCE FUTHER SYMPTOMS. SYMPTONS THAT CONTINUE TO GO UN ADDRESS MENTIONED IN THIS ACTION PREVIOUSLY,

CERTIFICATE OF MERIT (CONTINUED)
PAGE THREE

2. GRIEVANCE 1153-19 ON APPEAL THE WARDEN HERSELF ACKNOWLEDGE THAT I WAS GIVEN AN "INCORRECT DOSE OF METHADONE".

3. I ALSO SUPPLY GRIEVANCE APPEAL 1168-19 AS FURTHER EVIDENCE THAT THERE WAS A DEVIATION FROM FROM AN ACCEPTABLE PROFESSIONAL STANDARD BY STAFF AND DOCTORS WORKING FOR PRIME CARE MEDICAL

WITH LIMITED RESOURCES AT MY DISPOSAL AND UNABLE TO VISIT A MEDICAL PROFESSIONAL WITHOUT DEFENDANTS APPROVAL. I AM ADDING THESE GRIEVANCES WITH RESPONSES FROM "MITZI L. MONTZ RN BSN HSA". A MEDICAL PROFESSIONAL ALSO EMPLOYE WITH PRIME CARE MEDICAL WILL SUFFICE

DATE: DECEMBER 29TH 2020
RESPECTFULLY SIGNED _Michael Holliday_
PLAINTIFF    MICHAEL J. HOLLIDAY

MEDICAL PROFESSIONAL LIABILITY
REQUEST OF DAMAGES

Michael J. Holliday vs. Dr. Kenneth Wlocecki
BCJ # 2008-0808           Nurse Leona
                          Prime Care Medical

1) MEDICAL AND OTHER RELATED EXPENSES;
   IN AN AMOUNT OF $100,000.

2) LOSS OF EARNINGS;
   $50,000

3) PAIN AND SUFFERING, LIFE CHALLENGES
   RESULTING FROM INJURIES SUFFERED;
   $1,000,000
   (Requesting MRI or CATSCAN TO DETERMINE EXTENT OF DAMAGE WITH OTHER MEDICAL FOLLOW-UP)

FUTURE DAMAGES FOR:

1) MEDICAL AND OTHER RELATED EXPENSES;
   IN AN AMOUNT OF $100,000

2) LOSS OF EARNINGS;
   IN AN AMOUNT OF $50,000 PER YEAR
   OR LUMP SUM OF $2,000,000

3) FUTURE PAIN SUFFERING, LIFE CHALLENGES
   RESULTING FROM INJURIES.
   $3,000,000

4) AND MONEY TOWARD ANY LAWYER or LEGAL
   FEES THAT MAY BE INCURRED

PETITIONER, MICHAEL J. HOLLIDAY
Michael Holliday       December, 29th 2020

# BERKS COUNTY JAIL SYSTEM
## INMATE GRIEVANCE FORM

Inmate Name: Michael Holliday    BCJ#: 08-0808    Cell: B-0-22

Date: 9-23-19

Instructions: Refer to the inmate handbook for information on the inmate grievance system.

**CHOOSE ONE OPTION:**  ☒ New Grievance    ☐ Appeal to Grievance # _____

Statement: Detail the act or condition which caused this grievance. (Be specific; list all dates, times, locations and witnesses.) ONLY ONE TOPIC PER GRIEVANCE FORM.

On September 23 2019 I went to medical to get my methodone. I only get 16 milligrams of methodone. After the nurse gave me my dose I went back to my block "A block" I began to notice I was feeling unusual my celly was mad because he said the nurse gave me his dose instead of mine. He told me he takes 100 mg's that is like six times the amount I get. They brought me back to medical where they took all my legal papers

---

FOR ADMINISTRATIVE USE ONLY— Do not write below this line. Use additional pages if necessary.

**Grievance Response:**

The officer notified the appropriate medical staff after you notified him of your behavior. I will remind staff to act appropriately and professionally.

Mr. Holliday - you were assessed after the medication error - The provider and nurse has followed up with you for any adverse effects. You again were evaluated the next day as a follow up with the provider. Eor.

Grievance Answered By: Lt. Blank 9-27-19 / [nurse signature]    Date: 9/27/2019

Grievance #: 1153-19    Date Posted: 9/20/19

PAGE #2

# BERKS COUNTY JAIL SYSTEM
## INMATE GRIEVANCE FORM

Inmate Name: Michael Holliday    BCJ# 08-0808    Cell O-220
Date 9-23-19

Instructions: Refer to the inmate handbook for information on the inmate grievance system.

**CHOOSE ONE OPTION:**  ☒ New Grievance    ☐ Appeal to Grievance # _____

Statement: Detail the act or condition which caused this grievance. (Be specific; list all dates, times, locations and witnesses.) ONLY ONE TOPIC PER GRIEVANCE FORM.

They put me in a observation cell where I fell out after feeling light headed and dizzy before I went unconscious I noticed everything began to shake then everything went dark. C/O Katkowski observed me having what may have been a seizure, I told him what happened and he called me a "Dick and Liar" I asked him if he was a Doctor and he said "Yes, I am". Almost instantly I started noticing a change. Before the seizure I felt a cold tingling, numb sensation in my head. When I woke back up I could tell something something was not right. My Arm seemed weaker

**FOR ADMINISTRATIVE USE ONLY**— Do not write below this line. Use additional pages if necessary.

Grievance Response:

See page 1 of 4

Grievance Answered By: Mtrj & Montgomery RN LBA    Date 9/27/2019

Grievance # 1153-19    Date Posted 9/30/19

Lt Rubery
Medical

Original: Treatment File    Canary: Return to inmate with response    FORM# REC120 (REV 10/2018)

Page #3

# BERKS COUNTY JAIL SYSTEM
## INMATE GRIEVANCE FORM

Inmate Name: Michael Holliday    BCJ# 080808    Cell O-220

Date 9-23-19

Instructions: Refer to the inmate handbook for information on the inmate grievance system.

CHOOSE ONE OPTION:   ☒ New Grievance    ☐ Appeal to Grievance # _____

Statement: Detail the act or condition which caused this grievance. (Be specific; list all dates, times, locations and witnesses.) ONLY ONE TOPIC PER GRIEVANCE FORM.

After I awoke from what I believe to have been a seizure I noticed my arm was weaker feeling than the other arm. I was having trouble with my speech and I felt confused. I even noticed I was having difficulty walking. I continuously told the C/O's and Medical Staff. C/O Katkowski said I was a liar and dickhead so he doesn't believe anything I say. So, I have been stuck in the observation cell without receiving any medical attention aside from having my vital signs done or checked. I should be getting an MRI or CATSCAN something is wrong with me I can tell I have changed. The C/O is no Doctor

FOR ADMINISTRATIVE USE ONLY— Do not write below this line. Use additional pages if necessary.

Grievance Response:

See page 1 of 4

Grievance Answered By: Mitri L Morton RN BSN HSA    Date 9/27/2019

Grievance # 1153-19    Date Posted 9/30/19

Lt. Robert
Medical

Original: Treatment File    Canary: Return to inmate with response

FORM# REC120  (REV 10/2018)

PAGE #4

# BERKS COUNTY JAIL SYSTEM
## INMATE GRIEVANCE FORM

Inmate Name: Michael Holliday    BCJ#: 080808    Cell: O-220

Date: 9-23-19

Instructions: Refer to the inmate handbook for information on the inmate grievance system.

**CHOOSE ONE OPTION:** ☑ New Grievance    ☐ Appeal to Grievance # _____

**Statement:** Detail the act or condition which caused this grievance. (Be specific; list all dates, times, locations and witnesses.) ONLY ONE TOPIC PER GRIEVANCE FORM.

After C/O Katkowski responded "yes, I AM a Dickhe_" I began to notice tale-tell signs that something wasn't right with me. I seemed very confused, my balance was off, & felt my one arm was weaker than the other. Day brought me to discuss these symptoms with a Jesse K??? who kept cutting me off and making childish comments. I told him about a separate incident days prior as well where I felt a cold sensation in my head and passed out. I request a C-scan or MRI. I pinch myself, smelling ??? wrong,

**FOR ADMINISTRATIVE USE ONLY** — Do not write below this line. Use additional pages if necessary.

**Grievance Response:**

See page 1 of 4

Grievance Answered By: M. ??? MORGAN BSN HSA    Date: 9/27/2019

Grievance #: 1153-19    Date Posted: 9/30/19

Lt. Roberts
Medical

FORM# REC120 (REV 10/2018)

Original: Treatment File    Canary: Return to inmate with response

# BERKS COUNTY JAIL SYSTEM
## INMATE GRIEVANCE FORM

Inmate Name: McLovr Holliday     BCJ#: 08-0808     Cell: P202
Date: 10-1-19

Instructions: Refer to the inmate handbook for information on the inmate grievance system.

CHOOSE ONE OPTION:   ☐ New Grievance     ☒ Appeal to Grievance #: 1153-19

**Statement:** Detail the act or condition which caused this grievance. (Be specific; list all dates, times, locations and witnesses.) ONLY ONE TOPIC PER GRIEVANCE FORM.

With all due respect Miss. You claim I have been assessed yet today while attempting to discuss my medical concerns with Dr. Pelaez, P.A. Jesse Kirsch began to yell "Fuck you Holliday! I don't want to see him again he is an asshole! I hope he spells my name right!" This happened while I calmly attempted to discuss my medical concerns with Dr. Pelaez. This is the second time such an outburst happened with him. This was unprovoked and there was a curtain blocking my view of him. How can I discuss my medical concerns with these interruptions that are totally unprovoked uncalled for? The whole medical Dept. overheard this.

**FOR ADMINISTRATIVE USE ONLY** — Do not write below this line. Use additional pages if necessary.

**Grievance Response:** You filed a separate grievance on PA Kirsch with the exact same allegations. (Grievance #1168-19). ~~Capt Castro 10/4/19~~

I responded today on APP 1168-19 about the complaint you made regarding your interaction with J.Kirsch. I have taken an extra day to thoroughly review this appeal & the original grievance. Since both appeals (1168-19 & this one 1153-19) only discuss the verbal exchanges w/ J.Kirsch, I am assuming the remaining issues on 1153-19 are no longer issues, however I did take time to review the full grievance. Your first point in the original grievance referenced getting an incorrect dose of methadone. This is acknowledged. You then say you got no medical attention, except vitals taken. Providers were notified & dose given right after you were issued meds, you were moved to medical & yes, numerous vitals were taken & also assessments done at the same time. On 9/23/19 around 1:45 pm you were asked to leave medical and on 9/24 at approx 0345 hrs you refused check & said you were fine. Surely staff took immediate & ongoing care to monitor you.

Date: 10/17/19

Grievance Answered By: _Janine Quinn_ TNUSG

Grievance #: APP 1153-19     Date Posted: 10/17/2019

Sr Staff
H Mintz
Capt.

Original: Treatment File     Canary: Return to inmate with response

FORM# REC120 (REV 10/2018)

PAGE 12

**BERKS COUNTY JAIL SYSTEM**
**INMATE GRIEVANCE FORM**

Inmate Name: Michael Holliday    BCJ#: 2008-0808   Cell: F202
Date: 10-9-19

Instructions: Refer to the inmate handbook for information on the inmate grievance system.

CHOOSE ONE OPTION:  ☐ New Grievance    ☒ Appeal to Grievance # 1168-19

Statement: Detail the act or condition which caused this grievance. (Be specific; list all dates, times, locations and witnesses.) ONLY ONE TOPIC PER GRIEVANCE FORM.

I did not make this incident up. If you have dishonest staff member of course that is another issue. You have cameras with audio I am sure. You do not need to take my word for it. 9:45 - 10:15. I could see Mr Kirsch denying the incident along with his friends and colleagues. I would like this sort of unprofessional behavior addressed or looked into. This sort of attitude is unbecoming of people working in a medical field taking care of other people. Would like an apology. I am willing to let it go.

FOR ADMINISTRATIVE USE ONLY— Do not write below this line. Use additional pages if necessary.

Grievance Response: I am responding to your allegations about J. Kirsch on this appeal since it was the issue outlined on 1168-19. You also raised it again in 1153-19 Appeal. The Medical Administrator did not deny that staff reported a verbal exchange between you & the P.A.(Kirsch). The versions were different, however, the medical administrator did state in your response that she educated staff upon review of your complaint & the incident. The original grievance form was found to have writing on it from someone other than the responder, M. Montz, therefore staff copied the top of the grievance form so the responder M. Montz could write her reply back to you.

Grievance Answered By: [signature] Janigley    Date: 10/17/19

cc: Sr Staff
M. Montz
Capt.
Original: Treatment File    Grievance # APP 1168-19    Date Posted 10/17/2019    Canary: Return to inmate with response

FORM# REC120    (REV 10/2018)

PAGE 2

# BERKS COUNTY JAIL SYSTEM
## INMATE GRIEVANCE FORM

Inmate Name: Michael Holliday   BCJ# 2008-0808   Cell E 20 6

Date: 10-9-19

Instructions: Refer to the inmate handbook for information on the inmate grievance system.

**CHOOSE ONE OPTION:**   ☐ New Grievance   ☒ Appeal to Grievance # 1168-19

Statement: Detail the act or condition which caused this grievance. (Be specific; list all dates, times, locations and witnesses.) ONLY ONE TOPIC PER GRIEVANCE FORM.

Is the WARDEN aware that one of her staff members carries on like this? And #1168-19 is not the original grievance there is another Response but it appears to have been altered - wonder what that one said? At any rate, I never expected your Medical Team to admit they are wrong - it would be nice to get an apology. From now on I would like to be afforded an opportunity to discuss my Medical concerns with Dr Pelear without having to endure side interjections from the other side of the curtain. ~~[struck through]~~ I have talked to a few inmates that share my concern.

---

**FOR ADMINISTRATIVE USE ONLY** — Do not write below this line. Use additional pages if necessary.

Grievance Response:

Grievance Answered By: _____   Date _____

Grievance # App 1168-19   Date Posted 10/17/2019

Original: Treatment File   Canary: Return to inmate with response

FORM# REC120   (REV 10/2018)

Name: Michael Holliday
BCP# 2008-0508
Housing Unit: 504
Berks County Jail System
1287 County Welfare Rd
Leesport, PA 19533-9397

Eastern District Court of PA
Clerk of Courts
Michael
601 Market St.
Philadelphia, PA
19106

