IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL HOLLIDAY,** | : | |
|     **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 21-CV-0314** |
| | : | |
| **PRIME CARE MEDICAL,** *et al.*, | : | |
|     **Defendants.** | : | |

## ORDER

**AND NOW**, this 16th day of February 2021, upon consideration of Plaintiff's *pro se* Complaint (ECF No. 2), it is **ORDERED** that the Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons set forth in the Court's Memorandum. The dismissal is without prejudice to Holliday proceeding in *Holliday v. PrimeCare Medical, et al.*, No. 19-4564 (E.D. Pa.) as set forth in the Court's Memorandum and in accordance with Federal Rule of Civil Procedure 15, or to proceeding in the appropriate state court. It is further **ORDERED** that the Application to Proceed *In Forma Pauperis* (ECF No. 1) is **DISMISSED AS MOOT**. The Clerk of Court shall **CLOSE** this case.

    **It is so ORDERED.**

                                                      **BY THE COURT:**

                                                      **/s/ Cynthia M. Rufe**
                                                      _____
                                                      **CYNTHIA M. RUFE, J.**